UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PAUL EUGENE HANLIN**  **PLAINTIFF**
ADC #127222

V.                No. 4:21-CV-00833-LPR-JTR

**PULASKI COUNTY JAIL,** *et al.*                **DEFENDANTS**

**ORDER**

On September 17, 2021, Paul Eugene Hanlin ("Plaintiff"), an inmate in the Pulaski County Detention Center, filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983. (Doc. 2).

On September 21, 2021, the Court entered an Order in which it directed Plaintiff, by October 21, 2021, to either: (1) pay the $402 filing and administrative fee; or (2) complete and sign the *in forma pauperis* application, have an authorized prison official complete and sign the trust fund account certificate and calculation sheet, and return all forms to the Clerk. (Doc. 3 at 3). The Court warned Plaintiff that his failure to comply with the Order would cause his Complaint to be dismissed. (*Id.*). Plaintiff has not complied with or otherwise responded to the September 21, 2021 Order, and the time for doing so has passed.

Accordingly, Plaintiff's Complaint is DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2) and Rule 41(b) of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.,* 370 U.S. 626, 630-31 (1962) (district courts have power to dismiss *sua sponte* under Rule 41(b)). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from the Order and Judgment dismissing this action would not be taken in good faith.

IT IS SO ORDERED this 5th day of November, 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE