UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PAUL EUGENE HANLIN**                                                                       **PLAINTIFF**
**ADC #127222**

V.                              No. 4:21-CV-00833-LPR-JTR

**PULASKI COUNTY JAIL,** *et al.*                                                       **DEFENDANTS**

## JUDGMENT

Pursuant to the Order that was entered on November 5, 2021, it is considered, ordered, and adjudged that this case is DISMISSED without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from the Order and Judgment dismissing this action would not be taken in good faith.

IT IS SO ADJUDGED this 5th day of November, 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE